UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS SANTORA                                          JURY TRIAL DEMANDED

v.                                                     CASE NO.  3:05CV

COLLECTION EXPRESS, INC.
GARY FLORUCCI

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. l5 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendant corporation has a place of business at 10 Evergreen Drive, Barre VT 05641 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to collect an account for Green Mountain Power.

7. Defendants engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to the disputed personal account.

8. Defendants' collection program calls for two letters in the first ten days.

9. The first letter requests a "satisfactory explanation for non-payment" "in order to stop further collection steps, and this being placed on your credit history." It does not contain the notice required by 15 U.S.C. § §1692g(a)(3).

10. The second letter includes, "This matter requires your prompt attention. To avoid any further collection steps, full payment or a satisfactory explanation MUST be sent to our office."

11. Defendant Florucci, the president of the corporation, adopted, ratified and approved the letters.

FIRST COUNT

12. In the collection efforts, defendants violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

13. Within three years prior to the date of this action Defendants engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

14. Defendants committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net