UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS SANTORA

v.                                              CASE NO. 3:05CV 0487 (MRK)

COLLECTION EXPRESS, INC.
GARY FLORUCCI                                   September 14, 2005

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on September 14, 2005, postage prepaid, to:

Gary Florucci
Collection Express
10 Evergreen Dr
Barre City VT 05641

_____/s/ Joanne S. Faulkner
Joanne S. Faulkner Esq.